UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. DUNAGAN, | No. 2:18-cv-0200 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On April 26, 2019, plaintiff filed a request for a conference pursuant to Federal Rule of Civil Procedure 26(f).[1] See ECF No. 18. This matter is being referred to the court's Post-Screening Alternative Dispute Resolution ("ADR") Project. As a result, this action will be stayed for 120 days while the parties determine whether they wish to participate in a settlement conference. Documents filed that are unrelated to facilitating settlement via the ADR Project shall not be considered during the stay.

////

---

[1] Federal Rule of Civil Procedure 26(f) relates to parties conferring for settlement prior to the commencement of discovery. See generally Fed. R. Civ. P. 26(f).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a conference pursuant to Federal Rule of Civil Procedure 26(f), filed April 26, 2019 (ECF No. 18), is DENIED.

DATED: June 20, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE